# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JESSE GREENBERG,

      Petitioner,

vs.

BILL DONAT, *et al.*,

      Respondents.

3:08-cv-0636-ECR-RAM

**ORDER**

      This matter is before the court on the merits of a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court finds it necessary to direct respondents to supplement the record pursuant to Rule 5 of the Rules Governing Section 2254 Cases.  Respondents shall be directed to provide the court with copies of the jury instructions given in petitioner's trial.

      **IT IS THEREFORE ORDERED** that respondents shall, within twenty (20) days of this order, file with the clerk a supplement to the record including copies of the jury instructions given at petitioner's criminal trial in April of 2005.

      Dated this 15th day of July, 2010.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE